IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KARSTEN CANNON                                                PETITIONER

V.                        NO. 3:07cv00003 JWC

RICHARD E. BUSBY, Sheriff                             RESPONDENT
of Crittenden County

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, this 28 U.S.C. § 2254 petition for writ of habeas corpus is a "second or successive application" under § 2244(b) and requires prior Court of Appeals authorization. Judgment is, therefore, entered dismissing this petition without prejudice to refiling if Petitioner obtains the necessary order from the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 29th day of March, 2007.

                                                   UNITED STATES MAGISTRATE JUDGE